EDWARD THOMAS KENNEDY,
  Appellant

v.

MONSANTO COMPANY; HUGH GRANT;
COMMONWEALTH OF PENNSYLVANIA;
PPL CORPORATION; JOANNE H. RAPHAEL;
CRAWL SPACE REPAIR; DENNIS KOZE;
KATE E. TERCHA