# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 18-3266

Edward Kennedy v. Monsanto Co, et al

(District Court No. 5-18-cv-04086)

## O R D E R

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. Misc. LAR 107.2(b), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant/ petitioner failed to file a brief and appendix as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: January 9, 2019

Edward T. Kennedy

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate